UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT ROME | CIVIL ACTION |
| VERSUS | NO: 09-6481 |
| ETHEX CORPORATION | SECTION: "A" |

### ORDER TO SHOW CAUSE

The defendant was served on January 11, 2010 (Rec. Doc. #6). The defendant has not filed an answer. The plaintiff has not requested an entry of default against the defendant.

Accordingly, **IT IS ORDERED** that the plaintiff move for entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure, or show cause on or before **March 29, 2010**, by written motion or memorandum, as is appropriate, to report the status thereof or show cause why certain defendant(s) should not be dismissed for plaintiffs' failure to prosecute.

Failure to comply with this order may result in dismissal without further notice.

New Orleans, Louisiana this 3rd day of March 2010.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE