UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTT ROME, individually and on behalf of all others similarly situated | § § § | |
| | § | CASE NO: 2:09-cv-06481-JCZ-JCW |
| Plaintiffs, | § § | |
| v. | § § | Section: |
| ETHEX CORPORATION | § § | JURY DEMAND |
| Defendant. | § § § | |

## MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Scott Rome, ("Plaintiff") and moves the Court for Dismissal of Plaintiff's Claims. Plaintiff would respectfully show the Court the following:

1.      Plaintiff and Defendant ETHEX Corporation have entered into a Confidential Compromise and Settlement Agreement settling and releasing all claims asserted in this matter.

2.      Plaintiff requests that the Court dismiss all claims with prejudice and enter the Agreed Order of Dismissal With Prejudice filed herewith.

Respectfully submitted,

Daniel E. Becnel, Jr. (2926)
Darryl J. Becnel (22,943)
Matthew B. Moreland (24567)
The Becnel Law Firm, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Telephone: (985)-536-1186
Facsimile: (985)536-6645

JERROLD S. PARKER (JP-6865)
Parker, Waichman, Alonso, LLP
111 Great Neck Road
Great Neck, NY 11021
Telephone: (516)-466-6500
Facsimile: (516)-466-6665

**ATTORNEYS FOR PLAINTIFF SCOTT
ROME, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED**

## CERTIFICATE OF SERVICE

I hereby certify that on April 7 , 2010, a true and correct copy of the above and foregoing document was electronically filed with the clerk of court for the U.S. District Court, Eastern District of Louisiana, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

G. Bruce Parkerson (#1118)
PLAUCHÉ MASELLI PARKERSON, LLP
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
(504) 582-1142 - *telephone*
(504) 582-1172 - *facsimile*

Darryl J. Becnel